PER CURIAM.
We affirm on the authority of Sussman v. Florida East Coast Properties, 557 So.2d 74 (Fla. 3d DCA), rev. denied, 574 So.2d 143 (Fla.1990), and Bennett v. Godfather’s Pizza, 570 So.2d 1351 (Fla. 3d DCA 1990). See also Foremost Dairies v. Godwin, 158 Fla. 245, 26 So.2d 773 (1946); Freeman v. Manpower, Inc., 453 So.2d 208 (Fla. 1st DCA 1984); Weiss v. Culpepper, 281 So.2d 372 (Fla. 3d DCA 1973), cert. denied, 290 So.2d 62 (Fla.1974).
AFFIRMED.
GOSHORN, GRIFFIN and DIAMANTIS, JJ., concur.